**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Herber Bal Aparicio-Cabrera v. The State of Texas

Appellate case number:    01-12-01006-CR

Trial court case number:  1315370

Trial court:               178th District Court of Harris County

Appellant's court-appointed counsel, David L. Garza, has filed motion to withdraw as counsel and a supporting brief concluding that the above-referenced appeal is frivolous. However, counsel has not informed us whether he sent a copy of his *Anders* brief to his client, whether he informed his client that appellant has a right to examine the record and to file a pro se brief within 30 days, and whether he has ensured that his client has, at some point, been informed of his right to file a pro se PDR. *In re Schulman*, 252 S.W.3d 403, 408 (Tex. Crim. App. 2008). The Court is unable to grant counsel's motion to withdraw until counsel has informed us that he has performed the above duties. *See id.*; *Wooley v. State*, No. 01-12-00058-CR, 2012 WL 5317363, at *1 (Tex. App.—Houston [1st Dist.] Oct. 25, 2012, no pet.).

We ORDER David L. Garza to advise the Court in writing whether he has performed the above duties, **no later than 10 days from the date of this order**.

Judge's signature: /s/ <u>Laura C. Higley</u>
            ☒ Acting individually    ☐ Acting for the Court

Date: November 21, 2013